FILED
Oct 20 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

PROB 22 (ED/CA) (Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(TRAN. COURT)*
0972 2:12CR00431-01

**DOCKET NUMBER** *(REC. COURT)*
3:22-cr-00409 VC

**NAME AND ADDRESS OF** ☐ PROBATIONER ☒ SUPERVISED RELEASEE

Brenden Barker
California *(City/State only)*

**DISTRICT**
E-CA

**DIVISION**
Sacramento

**NAME OF SENTENCING JUDGE**
Senior U.S. District Judge John A. Mendez

**DATES OF** ☐ PROBATION ☒ SUPERVISED RELEASE

**FROM** 7/26/2019
**TO** 7/25/2023

**OFFENSE**

21 USC 841(a)(1) – Possession with Intent to Distribute LSD (CLASS B FELONY)

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the above-named supervisee be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 1, 2022
Date

/s/ John A. Mendez
Senior United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

Oct 19, 2022
Effective Date

[signature]
United States District Judge

CC:   United States Attorney
      FLU Unit—United States Attorney's Office
      Fiscal Clerk—Clerk's Office

Rev. 04/2021
PROB22_TRANSFER OF JURISDICTION